STATE OF MISSOURI, Respondent, v. JOSEPH LADES, Defendant. PIERRE JACQUIN AND JOSEPH SENE-VERY, Garnishees, Appellants.

Kansas City Court of Appeals, November 9, 1885.

AFFIRMED for failure to file brief, statement, or assignment of errors.

APPEAL from Osage Circuit Court, HON. A. J. SEAY, Judge.

*Affirmed.*

ELLISON, J.—Appellants having failed to file briefs, statement, or assignment of errors, the judgment will be affirmed. All concur.